**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BONNIE LIVERMORE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE HARTFORD LIFE AND** | : | |
| **ACCIDENT INSURANCE COMPANY** | : | **NO.    22-4425** |

## ORDER

**NOW**, this 5th day of December, 2022, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.